## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | **Chapter 11** |
| | : | |
| **RADNOR HOLDINGS** | : | **Case No. 06-10894 (PJW)** |
| **CORPORATION, et al,** | : | |
| | : | **Jointly Administered** |
| **Debtors.** | : | |

## APPELLANT'S STATEMENT OF ISSUES ON APPEAL AND DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD WITH RESPECT TO APPEAL OF ORDER APPROVING SALE OF SUBSTANTIALLY ALL OF DEBTORS' ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, INTERESTS AND ENCUMBRANCES

The appellant in the above-captioned adversary proceeding, the Official Committee of Unsecured Creditors of Radnor Holdings Corp., *et al.* (the "**Committee**"), by and through its undersigned counsel, hereby files this (i) statement of issues on appeal and (ii) designation of items to be included in the record pursuant to Federal Rule of Bankruptcy Procedure 8006 in connection with this appeal of the Order (1) Approving Sale of Substantially All of Debtors' Assets Free and Clear of All Liens, Claims, Interests and Encumbrances; (2) Approving Assumption and Assignment of Certain Contracts and Leases; and (3) Granting Related Relief (D.I. 698) (the "**Sale Order**"), entered by the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") on November 21, 2006.

The parties to this appeal are the Committee, the debtors Radnor Holdings Corporation and certain of its subsidiaries (collectively, "**Radnor**"),[1] and Tennenbaum Capital Partners, LLC, together with its purchaser entity TR Acquisition Co., Inc. (collectively, "**Tennenbaum**"). On

---

[1] "Radnor" shall mean those entities that are debtors and debtors in possession in the underlying bankruptcy cases herein, specifically, Radnor Holdings Corporation; Benchmark Holdings, Inc.; Radnor Asset Management, Inc.; Radnor Chemical Corporation; Radnor Delaware II, Inc.; Radnor Investments II, Inc.; Radnor Investments III, Inc.; Radnor Investments Inc.; Radnor Investments, L.L.C.; Radnor Management Delaware, Inc.; Radnor Management, Inc.; StyroChem Delaware, Inc.; StyroChem Europe Delaware, Inc.; StyroChem GP, L.L.C.; StyroChem LP, L.L.C.; StyroChem U.S., Ltd.; WinCup Europe Delaware, Inc.; WinCup GP, L.L.C.; WinCup Holdings, Inc.; WinCup LP, L.L.C.; WinCup RE, L.L.C. ; and WinCup Texas, Ltd.

August 21, 2006, Radnor filed its petition under Chapter 11 of the Bankruptcy Code, and moved for approval of bidding procedures relating to the sale of Radnor's assets. Tennenbaum acted as the "stalking horse" bidder for Radnor's proposed sale of assets, proposing to credit bid up to the full amount of its putative secured debt in Radnor. On October 10, 2006, Radnor filed its proposed Asset Purchase Agreement with Tennenbaum, dated as of August 21, 2006. The Committee objected to the proposed bidding procedures, to Tennenbaum's claims, and to Tennenbaum's proposed credit bid.

On October 31, 2006, one day after being granted standing by the Bankruptcy Court, the Committee brought an adversary proceeding against Tennenbaum on various claims, including recharacterization, equitable subordination, breach of fiduciary duty, aiding and abetting a breach of fiduciary duty, disallowance, and avoidance. Trial commenced on November 2, 2006, and concluded on November 14, 2006. On November 16, 2006, the Court entered judgment in favor of Tennenbaum in the adversary proceeding.

On November 21, 2006, Radnor and Tennenbaum submitted a Revised Proposed Form of Sale Order and Amended and Restated Asset Purchase Agreement, which, among other things, set forth specific amounts to be paid to various professionals in the case, including $3.5 million to Radnor's counsel and $500,000 to the Committee's professionals (contingent upon the Committee dismissing and releasing all claims, motions, adversary proceedings, and appeals). The same day, over the Committee's objections, the Bankruptcy Court approved with revisions the Sale Order and the Amended and Restated Asset Purchase Agreement. This appeal followed.

## STATEMENT OF ISSUES ON APPEAL

1.    Whether the Bankruptcy Court erred in overruling the Committee's objections and finding that Tennenbaum is a secured creditor of Radnor, holding valid Liens, Claims, Interests and Encumbrances in, on and against Radnor, its estates and property of the estates, in the amount of $128,835,557.26 (the "Allowed Claim"), and was authorized to credit bid any or all of the Allowed Claim.

2.    Whether the Bankruptcy Court erred in overruling the Committee's objections and finding that there was no evidence of insider influence or improper conduct by Tennenbaum or any of its affiliates in connection with the negotiation of the Purchase Agreement with Radnor.

3.    Whether the Bankruptcy Court erred in overruling the Committee's objections and finding that at no time was Tennenbaum or its affiliates an "insider" or "affiliate" of Radnor, as those terms are defined in the Bankruptcy Code, and that no common identity of incorporators, directors, or stockholders existed between Tennenbaum or its affiliates and Radnor.

4.    Whether the Bankruptcy Court erred in overruling the Committee's objections to Section 2.8 of the Amended and Restated Asset Purchase Agreement.

5.    Whether the Bankruptcy Court erred in overruling the Committee's objections and denying the Committee's request for a single dollar amount to be set aside for all professionals in the bankruptcy cases, rather than the predetermined amounts granted only to the specific professionals listed in Section 2.8 of the Amended and Restated Asset Purchase Agreement.

6.      Whether the Bankruptcy Court erred in allowing Radnor and Tennenbaum to use the Amended and Restated Asset Purchase Agreement to contract around the provisions of the Bankruptcy Code relating to priority and payment of administrative expenses of the estates and compensation of the Committee's professionals, by providing that other professionals (including Radnor's counsel) would be fully compensated while the Committee's professionals would be limited to compensation of $300,000.

7.      Whether the Bankruptcy Court erred in allowing Radnor and Tennenbaum to use the Amended and Restated Asset Purchase Agreement to contract around or collaterally attack the provisions of the Final DIP Order allowing for payment of professional fees.

8.      Whether the Committee, its professionals, and the unsecured creditors received timely and sufficient notice and opportunity to be heard, both by written submission and oral argument, prior to the Bankruptcy Court's determination of professional fees, as required by the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, and the Due Process Clause.

9.      Whether the Sale Order and the Amended and Restated Asset Purchase Agreement are void *ab initio* as against public policy.

10.     Whether the Bankruptcy Court erred in authorizing reimbursement to Tennenbaum under the Amended and Restated Asset Purchase Agreement for the wind-down amount, reclamation claims, and Section 503(b)(9) claims.

## DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD

The Committee designates the items set forth below to be included in the record on appeal:

| Appeal Record No. | Docket No. | Date | Document |
|---|---|---|---|
| 1 | 1 | 21 Aug 2006 | Chapter 11 Petition |
| 2 | 3 | 21 Aug 2006 | Declaration of Paul D. Ridder, Vice-President, Chief |

| | | | |
|---|---|---|---|
| | | | Financial Officer and Assistant Secretary of Radnor Holdings Corporation, In Support of Chapter 11 Petitions and First Day Pleadings |
| 3 | 19 | 21 Aug 2006 | The Debtors' Motion for Order Establishing Bar Date for Filing Requests for Payment of Administrative Expense Claims |
| 4 | 20 | 21 Aug 2006 | The Debtors' Motion to Approve DIP Financing |
| 5 | 24 | 21 Aug 2006 | The Debtors' Motion to Approve (I) and Order (A) Establishing Bidding Procedures Relating to the Sale of the Debtors' Assets, (B) Scheduling a Hearing to Consider the Proposed Sale and Approving the Form and Manner of Notice Thereof, (C) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts, (D) Approving Bid Protections, (E) Granting Certain Related Relief and; (II) an Order (A) Approving the Proposed Sale, (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (C) Granting Certain Related Relief |
| 6 | 27 | 22 Aug 2006 | Declaration of Jose E. Feliciano in Support of Debtors' DIP Motion |
| 7 | 28 | 22 Aug 2006 | Appendix of Exhibits in Support of Declaration of Jose E. Feliciano |
| 8 | 29 | 22 Aug 2006 | Appendix of Exhibits in Support of Declaration of Jose E. Feliciano in Connection with Debtors' Motion for Order |
| 9 | 41 | 23 Aug 2006 | Order Granting Joint Administration of Case |
| 10 | 50 | 23 Aug 2006 | Order Establishing Bar Date for Filing Request for Payment of Administrative Expense Claims and Approving Form, Manner and Sufficiency of Notice of the Bar Date |
| 11 | 53 | 23 Aug 2006 | Amended Interim Order (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral; (II) Granting Liens, Security Interests and Superpriority Claims; (III) Granting Adequate Protection to Prepetition Secured Parties; and (IV) Scheduling a Final hearing |
| 12 | 86 | 24 Aug 2006 | Notice of Hearing and Entry of Interim DIP Order |
| 13 | 88 | 25 Aug 2006 | Amended Notice of DIP Hearing |
| 14 | 93 | 25 Aug 2006 | Notice of Administrative Expense Claims Bar Date |
| 15 | 94 | 25 Aug 2006 | Notice of Hearing on Bid Procedures Motion |
| 16 | 100 | 25 Aug 2006 | The Debtors' Motion for Order Under Bankruptcy Code Sections 105(a), 327, 330 and 331 Authorizing Debtors to Employ Professionals Utilized in the |

| | | | Ordinary Course of Business |
|---|---|---|---|
| 17 | 101 | 25 Aug 2006 | The Debtors' Motion for Administrative Order Under Bankruptcy Code Section 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals |
| 18 | 123 | 31 Aug 2006 | Transcript of Hearing Held on August 22, 2006 (First Day) |
| 19 | 126 | 31 Aug 2006 | Appointment of Official Committee of Unsecured Creditors |
| 20 | 144 | 11 Sep 2006 | Committee's Objection to Debtors' Motion For (I) An Order (A) Establishing Bidding Procedures Relating To The Sale Of The Debtors' Assets, (B) Scheduling A Hearing To Consider The Proposed Sale And Approving The Form And Manner Of Notice Thereof, (C) Establishing Procedures Relating To The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases, Including Notice Of Proposed Cure Amounts, (D) Approving Bid Protections, And (E) Granting Certain Related Relief; And (Ii) An Order (A) Approving The Proposed Sale, (B) Authorizing The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases, And (C) Granting Certain Related Relief |
| 21 | 146 | 11 Sep 2006 | Committee's Application to Employ Greenberg Traurig, LLP |
| 22 | 150 | 12 Sep 2006 | Committee's Emergency Motion to Continue Hearing On (September 18, 2006 Hearing): (1) Debtors' Motion For An Order (A) Establishing Bidding Procedures Relating to the Sale Of The Debtors' Assets, (B) Scheduling A Hearing To Consider The Proposed Sale And Approving The Form And Manner Of Notice Thereof, (C) Establishing Procedures Relating To The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases, Including Notice Of Proposed Cure Amounts, (D) Approving Bid Protections, And (E) Granting Certain Related Relief; And (2) Debtors' Motion For Order, Pursuant To 11 U.S.C. Sections 105, 361, 362, 363, 364 And Federal Rule Of Bankruptcy Procedure 4001, Authorizing Debtors To Obtain Post-Petition Financing And To Utilize Cash Collateral, Granting Adequate Protection to Pre-Petition Lenders, and Seeking Other Relief |
| 23 | 156 | 12 Sep 2006 | Notice of Filing of Proofs of Claim of Tennenbaum |

| 24 | 164 | 13 Sep 2006 | Limited Objection of POL (NC) QRS 15-25, Inc., to the Debtors' Motion for Order Pursuant to 11 U.S.C. Sections 105, 361, 362, 363, 364 and Fed.R.Bankr.P. 4001 (I) Authorizing the Debtors to Obtain Post-Petition Financing and (B) to Utilize Cash Collateral; (II) Granting Adequate Protection to Pre-Petition Secured Parties; and (IV) Scheduling a Final Hearing |
|---|---|---|---|
| 25 | 172 | 13 Sep 2006 | Committee's Objection to Debtors' Motion for Order, Pursuant to 11 U.S.C. Sections 105, 361, 362, 363, 364 and Federal Rule of Bankr. Procedure 4001; (I) Authorizing Debtors (A) to Obtain Post-Petition Financing and (B) to Utilize Cash Collateral; (II) Granting Adequate Protection to Pre-Petition Secured Parties, and (III) Scheduling Interim and Final Hearings |
| 26 | 173 | 13 Sep 2006 | Prairie Packaging, Inc.'s Objection to the Debtors' Motion for (I) an Order (A) Establishing Bidding Procedures Relating to the Sale of the Debtors' Assets, (B) Scheduling a Hearing to Consider The Proposed Sale and Approving the Form and Manner of Notice Thereof, (C) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts, (D) Approving Bid Protections, and (E) Granting Certain Related Relief; and (II) an Order (A) Approving the Proposed Sale, (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (C) Granting Certain Related Relief |
| 27 | 176 | 13 Sep 2006 | Tennenbaum's Objection to Motion of Official Committee of Unsecured Creditors to Continue Hearing on Bidding Procedures Motion and Financing Motion |
| 28 | 177 | 13 Sep 2006 | The Debtors' Objection To Emergency Motion Of The Official Committee Of Unsecured Creditors For Continuance Of September 18, 2006 Hearing On: (1) Debtors' Motion For An Order (A) Establishing Bidding Procedures Relating To The Sale Of The Debtors' Assets, (B) Scheduling A Hearing To Consider The Proposed Sale And Approving The Form And Manner Of Notice Thereof, (C) Establishing Procedures Relating To The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases, Including Notice Of Proposed Cure Amounts, (D) Approving Bid |

| | | | |
|---|---|---|---|
| | | | Protections, And (E) Granting Certain Related Relief And (2) Debtors' Motion For Order, Pursuant To 11 U.S.C. Sections 105, 361, 362, 363, 364 And Federal Rule Of Bankruptcy Procedure 4001, Authorizing Debtors To Obtain Post-Petition Financing And To Utilize Cash Collateral, Granting Adequate Protection To Pre-Petition Lenders, And Seeking Other Relief |
| 29 | 179 | 14 Sep 2006 | Tennenbaum's Reply to Creditors Committee Objection to Bidding Procedures Motion |
| 30 | 180 | 14 Sep 2006 | Tennenbaum's Brief Reply to Creditors Committee Objection to Final DIP Financing Order |
| 31 | 184 | 14 Sep 2006 | Debtors' Reply To The Objections Of The Official Committee Of Unsecured Creditors To Debtors' Motions For Orders Approving (I) Proposed Debtor In Possession Financing (Docket No. 20) And (II) Proposed Bid Procedures Relating To The Sale Of Substantially All Of The Debtors' Assets |
| 32 | 222 | 18 Sep 2006 | United States Trustee's Motion to Appoint a Trustee or, in the Alternative, an Examiner Pursuant to 11 U.S.C. Section 1104 (a), (c), and (e) |
| 33 | 226 | 19 Sep 2006 | Transcript of Hearing held on September 14, 2006 |
| 34 | 231 | 19 Sep 2006 | Order Setting Omnibus Hearing Dates |
| 35 | 233 | 19 Sep 2006 | Certificate of No Objection to Greenberg Traurig Retention Application |
| 36 | 238 | 21 Sep 2006 | Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals |
| 37 | 240 | 21 Sep 2006 | Order Authorizing Employment and Retention of Greenberg Traurig, LLP as Counsel for the Official Committee of Unsecured Creditors, Nunc Pro Tunc as of August 30, 2006 |
| 38 | 249 | 21 Sep 2006 | Order Authorizing Debtors to Employ Professionals Utilized in the Ordinary Course of Business |
| 39 | 250 | 21 Sep 2006 | Notice of Filing of (A) Proposed Form of Final Order (I) Authorizing Debtors (A) to Obtain Post-Petition Financing Under 11 U.S.C. Sections 105, 361, 362, 364(C)(1), 364(C)(2), 364(C)(3), 364(D)(1) and 364(E) and (B) to Utilize Cash Collateral Pursuant to 11 U.S.C. Section 363; (II) Granting Liens, Security Interests and Superpriority Claims; and (III) Granting Adequate Protection to Pre-Petition Secured Parties Under 11 U.S.C. Sections 361, 362, 363 and 364 and (B) Black-Line Comparing Proposed Form of Final DIP Order to Amended Interim Order (I) Authorizing Debtors (A) |

| | | | |
|---|---|---|---|
| | | | to Obtain Postpetition Financing Pursuant to 11 U.S.C. Sections 105, 361, 362, 364(C)(1), 364(C)(2), 364(C)(3), 364(D)(1) and 364(E), and (B) to Utilize Cash Collateral Pursuant to 11 U.S.C. Section 363; (II) Granting Liens, Security Interests And Superpriority Claims; (III) Granting Adequate Protection to Prepetition Secured Parties Pursuant to 11 U.S.C. Sections 361, 362, 363 And 364;  and (IV) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 2002, 4001 and 9014 |
| 40 | 252 | 21 Sep 2006 | The Debtors' Certification of Counsel Regarding Order Appointing Fee Auditor and Directing Related Procedures Concerning the Payment of Compensation and Consideration of Fee Applications |
| 41 | 254 | 21 Sep 2006 | Stipulation Between Official Committee of Unsecured Creditors and Debtors Re: Agreements on Certain First Day Orders |
| 42 | 273 | 22 Sep 2006 | Order Approving Stipulation Between The Debtors And Creditors' Committee Re: Agreements On Certain First Day Orders |
| 43 | 277 | 22 Sep 2006 | Order Granting Motion To Approve (I) Establishing Bid Procedures Relating To The Sale Of Debtors' Assets, (II) Scheduling A Hearing To Consider The Proposed Sale And Approving The Form And Manner Of Notice Thereof, (III) Establishing Procedures Relating To The Assumption And Assignment of Certain Executory Contracts And Unexpired Leases, Including Notice Of Proposed Cure Amounts, (IV) Approving The Break-Up Fee And Expense Reimbursement Provision, And (V) Granting Related Relief |
| 44 | 278 | 22 Sep 2006 | Order (Final) (I) Authorizing Debtors (A) To Obtain Postpetition Financing And (B) To Utilize Cash Collateral And (II) Granting Liens, Security Interests And Superpriority Claims; (III) Granting Adequate Protection To Prepetition Secured Parties |
| 45 | 296 | 27 Sep 2006 | First Supplemental Affidavit of Victoria Watson Counihan Pursuant to Bankruptcy Rule 2014(a) and in Support of the Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Retention and Employment of Greenberg Traurig, LLP as Counsel to the Committee, Nunc Pro Tunc as of August 30, 2006 |
| 46 | 298 | 28 Sep 2006 | Transcript of Hearing held on September 20, 2006 |
| 47 | 299 | 28 Sep 2006 | Minute Sheet 341 Meeting Held 9/25/06 and |

| | | | Continued to 10/23/06 at 1:00 P.M. |
|---|---|---|---|
| 48 | 316 | 29 Sep 2006 | Application of The Official Committee Of Unsecured Creditors For An Order Approving Retention Of Jefferies & Company, Inc. As Financial Advisor Pursuant to 11 U.S.C. §§ 328(a) and 1103, Nunc Pro Tunc to August 30, 2006, And Request For Waiver Of Certain Requirements Under Del. Bankr. LR 2016-2(d) and 2016-2(h) |
| 49 | 317 | 29 Sep 2006 | Committee's Motion for Entry of Order Setting Discovery Schedule and to Compel Production of Redacted Document |
| 50 | 328 | 3 Oct 2006 | The Debtors' Objection to Motion for Entry of Order Setting Discovery Schedule and to Compel Production of Redacted Document |
| 51 | 330 | 3 Oct 2006 | Amendment to Motion to Appoint a Trustee or, in the Alternative, an Examiner |
| 52 | 367 | 10 Oct 2006 | Notice of Filing of (I) Asset Purchase Agreement dated as of August 21, 2006, by and among TR Acquisition Co., Inc., and Radnor and each of the Domestic Direct and Indirect Subsidiaries Indicated Therein and (II) Draft, Non-Confidential Schedules with Respect Thereto |
| 53 | 369 | 11 Oct 2006 | Transcript of Hearing held on September 22, 2006 |
| 54 | 372 | 11 Oct 2006 | Stipulation Between Official Committee of Unsecured Creditors and the Prepetition Revolving Lenders Extending Investigative Period |
| 55 | 374 | 11 Oct 2006 | Order (Amended) Administrative Establishing Procedures For Interim Compensation and Reimbursement of Expenses of Professionals |
| 56 | 384 | 12 Oct 2006 | First Monthly Application for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Special Committee of the Board of Directors of Radnor Holdings Corporation for the Period from August 25, 2006 through and including September 30, 2006 |
| 57 | 385 | 13 Oct 2006 | Scheduling Order With Respect to Committee's Objections to Tennenbaum Claims |
| 58 | 386 | 13 Oct 2006 | Order Approving Stipulation Extending Investigative Period |
| 59 | 387 | 13 Oct 2006 | Notice of Filing of Purchase Price Estimate |
| 60 | 389 | 13 Oct 2006 | The Debtors' Limited Response to Applications of the Official Committee of Unsecured Creditors to Employ Professionals |
| 61 | 390 | 13 Oct 2006 | Tennenbaum's Objection to Applications of Official Creditors Committee to Employ: (1) Jefferies & Co., Inc. and Financial Advisor; (2) Kroll Zolfo Cooper |

| | | | LLC as Financial Advisor; and (3) Stevens & Lee P.C. as Conflicts Counsel |
|---|---|---|---|
| 62 | 391 | 13 Oct 2006 | Committee's Motion to Modify Bid Procedures Order |
| 63 | 394 | 16 Oct 2006 | Notice of Sale and Auction Hearing |
| 64 | 395 | 16 Oct 2006 | Tennenbaum's Objection to Motion of Creditors Committee to Modify Bid Procedures Order |
| 65 | 400 | 16 Oct 2006 | The Debtors' Application for an Order Authorizing the Employment and Retention of Lazard Freres & Co. LLC as Investment Banker to the Debtors and Debtors-in-Possession Pursuant to 11 U.S.C. Sections 327(a) and 328(a), Fed. R. Bankr. P. 2014, and Del. Bankr. LR 2014-1 |
| 66 | 401 | 16 Oct 2006 | Schedules & Statement of Financial Affairs |
| 67 | 404 | 17 Oct 2006 | The Debtors' Objection to (I) Motion of the Official Committee of Unsecured Creditors to Modify Bid Procedures and (II) Motion for Expedited Consideration Thereof |
| 68 | 409 | 17 Oct 2006 | Notice of Waiver by Stalking Horse Bidder T. R. Acquisition Co., Inc. of Conditions 10.1(C), (D) and (F) of Asset Purchase Agreement |
| 69 | 415 | 17 Oct 2006 | Committee's Notice of Withdrawal of Motion to Modify Bid Procedures |
| 70 | 411 | 17 Oct 2006 | Skadden, Arps First Monthly Application for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors for the Period from August 21, 2006 through and Including August 31, 2006 |
| 71 | 426 | 18 Oct 2006 | Committee's Objection to Proposed Credit Bid |
| 72 | 425 | 18 Oct 2006 | Committee's Motion for Order Granting the Committee Standing to Prosecute Actions on Behalf of the Debtors' Estates Against Tennenbaum Capital Partners, LLC, Special Value Expansion Fund, LLC, Special Value Opportunities Fund, LLC and Jose E. Feliciano, and for Related Relief |
| 73 | 431 | 18 Oct 2006 | The Debtors' Objection to Notice of Withdrawal of Motion of Official Committee of Unsecured Creditors to Modify Bid Procedures and Request for Entry of an Order Withdrawing Such Motion with Prejudice Pursuant to Rules 7041 and 9014 of the Federal Rules of Bankruptcy Procedure and Rule 41 of the Fed. R. Civ. P. |
| 74 | 439 | 20 Oct 2006 | Second Stipulation to Extend Claim Date Between Official Committee of Unsecured Creditors and Prepetition Revolving Lenders |
| 75 | 440 | 23 Oct 2006 | Transcript of Hearing held on October 20, 2006 |

| 76 | 443 | 23 Oct 2006 | Transcript of Hearing held on October 4, 2006 |
| 77 | 452 | 23 Oct 2006 | Application to Employ Edward B. Rock as Litigation Consultant for the Committee, Nunc Pro Tunc to October 3, 2006 |
| 78 | 458 | 23 Oct 2006 | Second Supplemental Affidavit of Victoria Watson Counihan Pursuant to Bankruptcy Rule 2014(a) and in Support of the Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Retention and Employment of Greenberg Traurig, LLP as Counsel to the Committee, Nunc Pro Tunc as of August 30, 2006 |
| 79 | 460 | 24 Oct 2006 | The Debtors' Limited Objection to Applications of the Official Committee of Unsecured Creditors to Employ Professionals and Motions to Shorten Time |
| 80 | 462 | 24 Oct 2006 | The Debtors' Request for Status Conference under 11 U.S.C. Section 105(d) Regarding (I) Committee Standing Motion, (II) Committee Credit Bid Objection, (III) Committee's Special Litigation Consultant Retention Applications, (IV) Motions to Shorten with Respect Thereto, and (V) Any Responses Filed with Respect Thereto |
| 81 | 465 | 24 Oct 2006 | First Fee Statement of Alvarez & Marsal for the Period from August 7, 2006 through and Including September 14, 2006 |
| 82 | 466 | 24 Oct 2006 | Order Approving Second Stipulation Extending Investigative Period |
| 83 | 470 | 24 Oct 2006 | Committee's Memorandum of Points and Authorities in Support of the (A) Motion for Order Granting the Committee Standing to Prosecute Actions on Behalf of the Debtors' Estates Against Tennenbaum Capital Partners, LLC, Special Value Expansion Fund, LLC, Special Value Opportunities Fund, LLC and Jose E. Feliciano, and for Related Relief, (B) Complaint against Tennenbaum Capital Partners, LLC; Special Value Expansion Fund, LLC; Special Value Opportunities Fund, LLC; and Jose E. Feliciano; and (C) Objection of the Committee to Proposed Credit Bid |
| 84 | 471 | 25 Oct 2006 | Tennenbaum's Memorandum of Law in Support of Their Proof of Claim |
| 85 | 472 | 25 Oct 2006 | Tennenbaum's Memorandum of Law in Response to Objection of Creditors Committee to Proposed Credit Bid |
| 86 | 473 | 25 Oct 2006 | Tennenbaum's Memorandum of Law Establishing that Their Secured Claims Cannot be Recharacterized or Equitably Subordinated |

| 87 | 474 | 25 Oct 2006 | The Debtors' Reply to Objection to Proposed Credit Bid Filed by Official Committee of Unsecured Creditors |
| 88 | 475 | 25 Oct 2006 | The Debtors' Limited Objection to Proposed Credit Bid of TR Acquisition Co., Inc. |
| 89 | 476 | 25 Oct 2006 | The Debtors' Objection to Claims of Tennenbaum Capital Partners, LLC, Special Value Expansion Fund, LLC and Special Value Opportunities Funds, LLC |
| 90 | 477 | 25 Oct 2006 | The Debtors' Response to Motion for Order Granting the Committee Standing to Prosecute Actions on Behalf of the Debtors' Estates Against Tennenbaum Capital Partners, LLC, Special Value Expansion Fund, LLC, Special Value Opportunities Fund, and Jose E. Feliciano; and for Related Relief |
| 91 | 478 | 25 Oct 2006 | The Debtors' Compendium of Unreported Opinions to Debtors' Response to Motion for Order Granting the Committee Standing to Prosecute Actions on Behalf of the Debtors' Estates Against Tennenbaum Capital Partners, LLC, Special Value Expansion Fund, LLC, Special Value Opportunities Fund, and Jose E. Feliciano; and for Related Relief |
| 92 | 479 | 25 Oct 2006 | Exhibit in Support of the Tennenbaum's Memorandum of Law in Support of Their Proof of Claim |
| 93 | 480 | 25 Oct 2006 | Tennenbaum's Appendix of Exhibits, Deposition Excerpts and Authorities in Support of Memorandum of Law Establishing that Their Secured Claims Cannot be Recharacterized or Equitably Subordinated |
| 94 | 483 | 25 Oct 2006 | Monthly Application for Compensation and Reimbursement of Expenses for Greenberg Traurig, LLP, as Counsel to the Committee for the Period from August 30, 2006 to and including September 30, 2006 (First) |
| 95 | 484 | 26 Oct 2006 | Order Authorizing the Official Committee of Unsecured Creditors to Retain and Employ Kroll Zolfo Cooper LLC as its Bankruptcy Consultants and Special Financial Advisors, Nunc Pro Tunc to September 21, 2006 |
| 96 | 485 | 26 Oct 2006 | Order Authorizing Employment and Retention of Stevens & Lee as Conflicts Counsel for the Official Committee of Unsecured Creditors, Nunc Pro Tunc to September 18, 2006 |
| 97 | 486 | 26 Oct 2006 | Order (with revisions) Authorizing the Official Committee of Unsecured Creditors to Retain |

| | | | |
|---|---|---|---|
| | | | Jefferies & Company, Inc. as Financial Advisor Nunc Pro Tunc to August 30, 2006, and Granting Waiver of Compliance |
| 98 | 488 | 26 Oct 2006 | Transcript of Hearing held on September 20, 2006 |
| 99 | 490 | 26 Oct 2006 | Joinder of Tennenbaum in the Limited Objection of the Debtors to Applications of the Official Committee of Unsecured Creditors to Employ Professionals and Motions to Shorten Time |
| 100 | 508 | 30 Oct 2006 | Expert Report of Edward B. Rock [Dated October 27, 2006] |
| 101 | 509 | 30 Oct 2006 | Expert Report of Edward B. Rock [Dated October 30, 2006] |
| 102 | 510 | 30 Oct 2006 | Expert Report of Stephen B. Darr of Mesirow Financial Consulting, LLC |
| 103 | 511 | 30 Oct 2006 | Monthly Application for Compensation of Guida Slavich |
| 104 | 512 | 30 Oct 2006 | Order Granting Official Committee of Unsecured Creditors Standing To Prosecute Actions On Behalf of the Debtors' Estates Against Tennenbaum Capital Partners, LLC, Special Value Expansion Fund, LLC, Special Value Opportunities Fund, LLC And Jose E. Feliciano and Related Relief. |
| 105 | 514 | 30 Oct 2006 | Order Appointing Fee Auditor And Directing Related Procedures Concerning The Payment of Compensation and Consideration of Fee Applications |
| 106 | 533 | 31 Oct 2006 | Transcript of Hearing held on October 25, 2006 |
| 107 | 535 | 31 Oct 2006 | Committee's Witness List for Trial Commencing November 2, 2006 |
| 108 | 536 | 31 Oct 2006 | First Monthly Application of KPMG LLP for Compensation for Services Rendered and Reimbursement of Expenses as Accountants, and Tax and Financial Advisors to the Debtors for the Period from August 21, 2006 Through and Including September 30, 2006 |
| 109 | 1A[2] | 31 Oct 2006 | Complaint against Tennebaum |
| 110 | 537 | 1 Nov 2006 | Tax Commissioner of DeKalb County's Objection to Radnor Holding Corporation's Notice of Auction and Sale Hearing |
| 111 | 539 | 1 Nov 2006 | Verified Statement of Robert F Troisio |
| 112 | 543 | 1 Nov 2006 | Joint Exhibit List for Trial Beginning November 2, 2006 |
| 113 | 547 | 1 Nov 2006 | Order Authorizing the Employment and Retention of |

---

[2] The designation "A" has been added to docket items from the Adversary Proceeding, No. 06-50909, to distinguish those items from docket items in the underlying bankruptcy, No. 06-10894.

| | | | |
|---|---|---|---|
| | | | Mesirow Financial Consulting, LLC as Litigation Consultants to the Official Committee of Unsecured Creditors Nunc Pro Tunc to October 4, 2006 |
| 114 | 548 | 1 Nov 2006 | Order Authorizing Employment and Retention of Edward B. Rock as Litigation Consultant for the Official Committee of Unsecured Creditors, Nunc Pro Tunc to October 3, 2006 |
| 115 | 549 | 1 Nov 2006 | Committee's Objection to First Monthly Application of Wilmer Cutler Pickering Hale and Dorr LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Special Committee of the Board of Directors of Radnor Holdings Corporation for the Period from August 25, 2006 through and including September 30, 2006 |
| 116 | 570 | 3 Nov 2006 | Notice of Appeal of Order Granting Official Committee of Unsecured Creditors Standing to Prosecute Actions on Behalf of the Debtors' Estates against Tennenbaum Capital Partners, LLC, Special Value Expansion Fund, LLC, Special Value Opportunities Fund, LLC, and Jose E. Feliciano and Related Relief |
| 117 | 572 | 3 Nov 2006 | Initial Monthly Operating Report |
| 118 | 575 | 3 Nov 2006 | Order (Amended) Authorizing the Continued Engagement of Alvarez & Marsal, LLC, Nunc Pro Tunc to August 21, 2006, to Provide Certain Management Employees to Radnor Holdings Corporation |
| 119 | 582 | 3 Nov 2006 | Transcript of Hearing held on October 27, 2006 |
| 120 | 584 | 7 Nov 2006 | Supplemental Declaration in Support of Andrew N. Goldman of Debtors' Application for Order under Bankruptcy Code Sections 327(e) and 1107(a) and Bankruptcy Rules 2014 and 2016 Authorizing Employment and Retention of Wilmer Cutler Pickering Hale and Dorr LLP as Special Investigative Counsel to the Company Acting through the Special Committee of the Beard of Directors of Radnor Holdings Corporation Nunc Pro Tunc to August 25, 2006 |
| 121 | 588 | 7 Nov 2006 | Debtor-In-Possession Monthly Operating Report for Filing Period from August 22 through and Including September 29, 2006 of Radnor Holdings Corporation, et al. |
| 122 | 592 | 7 Nov 2006 | Committee's Motion to Expand the Retention and Employment of Stevens & Lee, as Special Counsel, Nunc Pro Tunc to October 30, 2006 |

| 123 | 607 | 9 Nov 2006 | Second Monthly Application of Skadden, Arps, Slate, Meagher & Flom LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors for the Period from September 1, 2006 through and Including September 30, 2006 |
| 124 | 608 | 10 Nov 2006 | Certificate of No Objection regarding Skadden, Arps First Monthly Application for Compensation and Reimbursement of Expenses as Counsel to the Debtors for the Period from August 21, 2006 through and Including August 31, 2006 |
| 125 | 612 | 13 Nov 2006 | Amended Debtor-In-Possession Monthly Operating Report for Filing Period August 22, 2006 through and Including September 29, 2006 |
| 126 | 620 | 14 Nov 2006 | Transcript of Trial held on November 2, 2006 |
| 127 | 621 | 14 Nov 2006 | Transcript of Trial held on November 3, 2006 |
| 128 | 622 | 14 Nov 2006 | Limited Objection of POL (NC) QRS 15-25 to (I) Debtors' Motion for Order (a) Approving the Proposed Sale of the Debtors' Assets, (b) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (c) Granting Certain Related Relief; and (II) Notice of Amounts Necessary to Cure Defaults Under Contracts and Leases Proposed to Be Assumed and Assigned to TR Acquisition Co., Inc. |
| 129 | 624 | 14 Nov 2006 | Amended Application for Compensation of First Fee Statement for Alvarez & Marsal, LLC for the Period August 21, 2006 through and Including September 14, 2006 |
| 130 | 630 | 14 Nov 2006 | The Debtors' Objection to First Monthly Application Of Greenberg Traurig, LLP for Compensation and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from August 30, 2006 to and including September 30, 2006 |
| 131 | 633 | 14 Nov 2006 | Tennenbaum's Objection to First Monthly Application of Greenberg Traurig, LLP for Payment of Fees and Expenses As Counsel to Official Creditors Committee |
| 132 | 634 | 15 Nov 2006 | Report on Sept 2006 Fee Application of Wilmer Cutler |
| 133 | 634 | 15 Nov 2006 | Report on Aug 2006 Fee Application of Skadden |
| 134 | 638 | 15 Nov 2006 | The Debtors' Objection to the Amendment to United States Trustee's Motion to Appoint A Trustee or, in the Alternative, an Examiner Pursuant to 11 U.S.C. Section 1104 (A), (C), and (E) and Motion for |

16

| | | | Summary Judgment under Bankruptcy Rules 9013, 9014 and 7056 |
|---|---|---|---|
| 135 | 640 | 15 Nov 2006 | Committee's Emergency Motion to Facilitate a Higher and Better Bid Through a Limited Extension of the Bid, Auction, and Sale Deadlines as Contained in the Bid Procedures Order |
| 136 | 642 | 15 Nov 2006 | Committee's Motion for Expedited Consideration of Emergency Motion to Facilitate a Higher and Better Bid Through a Limited Extension of the Bid, Auction, and Sale Deadlines as Contained in the Bid Procedures Order |
| 137 | 644 | 16 Nov 2006 | Tennenbaum's Objection to Creditors Committee: (1) Emergency Motion for Continuance of Bid Deadline, Auction, Sale Hearing, and Ruling on Complaint; and (2) Motion for Expedited Hearing |
| 138 | 645 | 16 Nov 2006 | Transamerica Occidental Life Insurance's Limited Objection to Proposed Sale of Assets |
| 139 | 646 | 16 Nov 2006 | Maricopa County Treasurer's Objection to The Debtor's Motion for Order Approving The Sale of Substantially all of The Debtor's Assets Free and Clear of Liens, Claims, Interests and Encumbrances Unless the Real and Personal Property Taxes Are Paid In Full |
| 140 | 648 | 16 Nov 2006 | Woodcock Washburn LLP's Limited Objection to the Motion to Approve (I) an Order (A) Establishing Bidding Procedures Relating to the Sale of the Debtors' Assets, (B) Scheduling a Hearing to Consider the Proposed Sale and Approving the Form and Manner of Notice Thereof, (C) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts, (D) Approving Bid Protections, and (E) Granting Certain Related Relief; and (II) an Order (A) Approving the Proposed Sale, (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (C) Granting Certain Related Relief |
| 141 | 649 | 16 Nov 2006 | Prairie Packaging's Objection to the (1) Debtors' Proposed Sale of Assets and (2) Proposed Assumption and Assignment of License Agreement and No-Hire Agreement; and Request from Relief from the Automatic Stay to Terminate License Agreement and No-Hire Agreement |
| 142 | 651 | 16 Nov 2006 | Exhibit "A" to Limited Objection of Woodcock Washburn |

| 143 | 653 | 16 Nov 2006 | Order Expanding the Retention and Employment of Stevens & Lee, P.C. as Special Counsel |
| 144 | 655 | 16 Nov 2006 | Response to of Wilmer Cutler Pickering Hale and Dorr LLP to Objection of the Official Committee of Unsecured Creditors to First Monthly Application of Wilmer Cutler Pickering Hale and Dorr LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Special Committee of the Board of Directors of Radnor Holdings Corporation for the Period from August 25, 2006 through and Including September 30, 2006 |
| 145 | 656 | 16 Nov 2006 | Northwest ISD's Objection to Motion for an Order Approving the Proposed Sale and Granting Certain Related Relief |
| 146 | 37A | 16 Nov 2006 | Findings of Fact and Conclusions of Law |
| 147 | 38A | 16 Nov 2006 | Judgment in Favor of Defendants On All Counts |
| 148 | 41A | 16 Nov 2006 | Amended Findings of Fact and Conclusions of Law |
| 149 | 659 | 17 Nov 2006 | National City Business Credit's Limited Response to Debtors' Proposed Sale of Assets and Assumption and Assignment of Certain Executory Contracts and Unexpired Leases |
| 150 | 660 | 17 Nov 2006 | Committee's Limited Objection to and Reservation of Rights to the Debtors' Motion for an Order (A) Approving the Proposed Sale, (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (C) Granting Certain Related Relief |
| 151 | 667 | 17 Nov 2006 | Third Monthly Application of Skadden, Arps, Slate, Meagher & Flom LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors for the Period from October 1, 2006 through and Including October 31, 2006 |
| 152 | 668 | 19 Nov 2006 | Advantage Machinery Service's Response to the Limited Objections of POL (NC) QRS 15-25, Inc. To: (I) Debtors' Motion for Order (A) Approving the Proposed Sale of the Debtors' Assets, (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (C) Granting Certain Related Relief; and (II) Notice of Amounts Necessary to Cure Defaults under Contracts and Leases Proposed to Be Assumed and Assigned to TR Acquisition Co., Inc. |
| 153 | 670 | 20 Nov 2006 | Committee's Emergency Motion To Stay Pending Appeal and Correspondingly for Extension of the |

| | | | |
|---|---|---|---|
| | | | Bid, Auction and Sale Deadlines as Contained in the Bid Procedures Order |
| 154 | 674 | 20 Nov 2006 | Committee's Motion to Shorten Time for Notice and Response to Emergency Motion for Stay Pending Appeal and Correspondingly for Extension of the Bid, Auction and Sale Deadlines as Contained in the Bid Procedures Order |
| 155 | 42A | 20 Nov 2006 | Notice of Appeal of Judgment filed by The Official Committee of Unsecured Creditors |
| 156 | 683 | 21 Nov 2006 | Notice of Filing of Revised Proposed Form of Sale Order and Amended and Restated Asset Purchase Agreement |
| 157 | 684 | 21 Nov 2006 | Notice of Filing of Draft Transition Services Agreement |
| 158 | 688 | 21 Nov 2006 | Order Denying Emergency Motion To Stay Pending Appeal and Correspondingly for Extension of the Bid, Auction and Sale Deadlines as Contained in the Bid Procedures Order |
| 159 | 689 | 21 Nov 2006 | Transcript of Trial held on November 6, 2006 |
| 160 | 690 | 21 Nov 2006 | Transcript of Trial held on November 7, 2006 |
| 161 | 691 | 21 Nov 2006 | Transcript of Trial held on November 8, 2006 |
| 162 | 692 | 21 Nov 2006 | Transcript of Trial held on November 9, 2006 |
| 163 | 693 | 21 Nov 2006 | Transcript of Trial held on November 13, 2006 |
| 164 | 694 | 21 Nov 2006 | Transcript of Hearing held on November 14, 2006 |
| 165 | 698 | 21 Nov 2006 | Order (with revisions) (1) Approving Sale of Substantially all of Debtors' Assets Free and Clear of all Liens, Claims, Interests and Encumbrances; (2) Approving Assumption and Assignment of Certain Contracts and Leases; and (3) Granting Related Relief |
| 166 | 699 | 22 Nov 2006 | Monthly Application for Compensation and Reimbursement of Expenses for Greenberg Traurig, LLP, as Counsel to the Committee for the Period from October 1, 2006 to and including October 31, 2006 (Second) |
| 167 | 700 | 22 Nov 2006 | Final Application of Wilmer Cutler Pickering Hale and Dorr LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Special Committee of the Board of Directors of Radnor Holdings Corporation for the Period from August 25, 2006 through and Including November 17, 2006 |
| 168 | 714 | 27 Nov 2006 | Second Application for Compensation of Alvarez & Marsal, LLC for the Period from September 15, 2006 through and Including October 14, 2006 |
| 169 | 715 | 27 Nov 2006 | Third Application for Compensation of Alvarez & |

| | | | |
|---|---|---|---|
| | | | Marsal, LLC for the Period from October 15, 2006 through and Including November 14, 2006 |
| 170 | 717 | 27 Nov 2006 | Second Monthly Application of KPMG LLP for Compensation for Services Rendered and Reimbursement of Expenses as Accountants, and Tax and Financial Advisors to the Debtors for the Period from October 1, 2006 Through and Including October 31, 2006 |
| 171 | 721 | 28 Nov 2006 | First Monthly Application of Stevens & Lee, P.C. for Compensation for Services Rendered and Reimbursement of Expenses as Special Conflicts Counsel to the Official Committee of Unsecured Creditors for September 18, 2006 Through September 30, 2006 |
| 172 | 723 | 28 Nov 2006 | Second Monthly Application of Stevens & Lee, P.C. for Compensation for Services Rendered and Reimbursement of Expenses as Special Conflicts Counsel to the Official Committee of Unsecured Creditors for the Period October 1, 2006 Through October 31, 2006 |
| 173 | 730 | 1 Dec 2006 | First Monthly Fee Application of Morris Anderson (November 2006) |
| 174 | 731 | 1 Dec 2006 | Notice of Appeal of Order Approving Sale of Substantially All of Debtors' Assets Free and Clear of All Liens, Claims, Interests and Encumbrances |
| 175 | 737 | 4 Dec 2006 | Transcript of Hearing held on November 21, 2006 |
| 176 | 740 | 6 Dec 2006 | Notice of Docketing Record on Appeal to District Court |
| 177 | 744 | 7 Dec 2006 | Notice of Supplement to Final Application of Wilmer Cutler Pickering Hale and Dorr LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Special Committee of the Board of Directors of Radnor Holdings Corporation for the Period from August 25, 2006 through and Including November 17, 2006 |

## RESERVATION OF RIGHTS

The Committee expressly reserves its rights in the United States District Court for the District of Delaware to object to or otherwise to move to strike or modify some or all of any counter-designations of items to be included in the record on appeal or counter-statements of issues to be presented that might be submitted by Radnor or Tennenbaum.

Dated: Wilmington, Delaware
      December 11, 2006

GREENBERG TRAURIG, LLP

By:  _____
     Donald Detweiler (No. 3087)
     Victoria Counihan (No. 3488)
     The Nemours Building
     1007 North Orange Street, Suite 1200
     Wilmington, Delaware 19801
     Telephone: (302) 661-7000
     Facsimile: (302) 661-7360
     detweilerd@gtlaw.com
     counihanv@gtlaw.com

     -and-

     Nancy A. Mitchell
     Nancy A. Peterman
     **GREENBERG TRAURIG LLP**
     77 West Wacker Drive
     Suite 2400
     Chicago, Illinois 60601
     Phone: (312) 456-8400
     Facsimile (312) 456-8435
     mitchelln@gtlaw.com
     petermann@gtlaw.com

     Counsel for the Official Committee of Unsecured
     Creditors of Radnor Holdings Corporation, *et al.*

*DEL-FS1\164486v01*

21