IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| RADNOR HOLDINGS | ) | Case No. 06-10894 (PJW) |
| CORPORATION, *et al.*, | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**APPELLEES' COUNTER-DESIGNATION OF
RECORD AND STATEMENT OF ISSUES ON APPEAL**

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, appellees Tennenbaum Capital Partners, LLC, Special Value Expansion Fund, LLC, Special Value Opportunities, LLC and TR Acquisition Co., Inc. ("TRAC"; collectively, "Appellees") hereby designate the following additional items to be included in the Record on Appeal (as defined and listed in The Official Committee of Unsecured Creditors of Radnor Holdings Corp.'s ("Appellants") *Statement of Issues on Appeal and Designation of Items to be Included in the Record With Respect to Appeal of Order Approving Sale of Substantially All of Debtors' Assets Free and Clear of All Liens, Claims, Interests and Encumbrances* (the "Designation of Record")), and submits the following statement of additional issues on appeal from the "Order (1) Approving Sale of Substantially All of Debtors' Assets Free and Clear of All Liens, Claims, Interests and Encumbrances; (2) Approving Assumption and Assignment of Certain Contracts and Leases; and (3) Granting Related Relief" ("Sale Order") (D.I. 698).

RLF1-3092661-2

## COUNTER DESIGNATION OF RECORD

In addition to the items designated by Appellants in the Designation of Record, Appellees designate the following items to be included in the Record on Appeal:

| Appeal Record No. | Bankruptcy Case Docket 06-10894 | Filing Date | Document Text |
|---|---|---|---|
| 178 | 125 | 08/31/2006 | Notice of Appearance and Request for Service of Papers of Greenberg Traurig, LLP filed by Official Committee of Unsecured Creditors |
| 179 | 148 | 09/12/2006 | Notice of Deposition filed by Official Committee of Unsecured Creditors |
| 180 | 149 | 09/12/2006 | Notice of Service of Discovery filed by Official Committee of Unsecured Creditors |
| 181 | 204 | 09/15/2006 | Notice of Deposition (Amended) to be held in the Office of Greenberg Traurig, LLP for September 18, 2006 through September 21, 2006 filed by Official Committee of Unsecured Creditors |
| 182 | 300 | 09/28/2006 | Notice of Service of Subpoenas filed by Official Committee of Unsecured Creditors |
| 183 | 337 | 10/4/2006 | Notice of Service of Discovery re: Second Request for the Production of Documents to Tennenbaum filed by Official Committee of Unsecured Creditors |
| 184 | 350 | 10/5/2006 | Notice of Deposition of Jose Feliciano and Howard Levkowitz filed by Official Committee of Unsecured Creditors |
| 185 | 354 | 10/6/2006 | Notice of Deposition of Sean Berry and Robert DiPaola filed by Official Committee of Unsecured Creditors |
| 186 | 355 | 10/6/2006 | Notice of Deposition of Prashant Mehrotra filed by Official Committee of Unsecured Creditors |
| 187 | 357 | 10/6/2006 | Notice of Service of Subpoenas filed by Official Committee of Unsecured Creditors |
| 188 | 377 | 10/12/2006 | Notice of Deposition of Paul Finigan, Paul Ridder, Michael Kennedy, Tom Hopkins, Mike Valenza, Ann Kelley, Radford Hastings and Stan Springle filed by Official Committee of Unsecured Creditors |

| Appeal Record No. | Bankruptcy Case Docket 06-10894 | Filing Date | Document Text |
|---|---|---|---|
| 189 | 399 | 10/16/2006 | Notice of Appearance filed by Four M Corporation and Four M Investments LLC |
| 190 | 410 | 10/17/2006 | Notice of Service of Subpoena upon Houlihan, Lokey, Howard & Zukin, Inc. filed by Official Committee of Unsecured Creditors |
| 191 | 420 | 10/18/2006 | Notice of Deposition Corrected Re-Notice of Deposition of Robert DiPaolo and Sean Berry filed by Official Committee of Unsecured Creditors |
| 192 | 551 | 11/1/2006 | Affidavit of Publication of Anna Dickerson in the Philadelphia Inquirer for the Notice of Sale and Auction Hearing |
| 193 | 581 | 11/3/2006 | Notice of Amounts Necessary to Cure Defaults under Contracts and Leases Proposed to be Assumed and Assigned to TR Acquisition Co., Inc. filed by Radnor Holdings Corporation |
| 194 | 748 | 12/11/2006 | Statement of Issues on Appeal and Designation of Items to be Included in the Record with Respect to Appeal of Order Approving Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Interests and Encumbrances filed by Official Committee of Unsecured Creditors |

RLF1-3092661-2

| Appeal Record No. | Adversary Proceeding Docket 06-50909 | Filing Date | Document Text |
|---|---|---|---|
| 195 | 27 | 11/14/2006 | Notice of Withdrawal of Certain Counts of the Complaint Pursuant to Fed.R.Bankr.P. 7015 filed by The Official Committee of Unsecured Creditors |
| 196 | 33 | 11/16/2006 | Response to Each Count of the Plaintiffs' Complaint filed by Jose E. Feliciano, Special Value Expansion Fund, LLC, Special Value Opportunities Fund, LLC, Tennenbaum Capital Partners, LLC |
| 197 | 44 | 11/20/2006 | Emergency Motion for Stay Pending Appeal and Correspondingly for Extension of the Bid, Auction and Sale Deadlines as Contained in the Bid Procedures Order filed by The Official Committee of Unsecured Creditors |
| 198 | 46 | 11/20/2006 | Court's Corrections to Docket # 41 |
| 199 | 47 | 11/21/2006 | Objection to Emergency Motion of the Official Committee of Unsecured Creditors for a Stay Pending Appeal and Correspondingly for Extension of the Bid, Auction and Sale Deadlines as Contained in the Bid Procedures Order filed by Special Value Expansion Fund, LLC, Special Value Opportunities Fund, LLC, Tennenbaum Capital Partners, LLC |
| 200 | 55 | 11/30/2006 | Statement of Issues on Appeal and Designation of Items to be Included in the Record with respect to Appeal of Judgment, Findings of Fact and Conclusions of Law, and Amended Findings of Fact and Conclusions of Law filed by The Official Committee of Unsecured Creditors |

In accordance with Bankruptcy Rule 8006 and Local Rule 8006-1, Appellees have provided or will provide, substantially contemporaneously herewith, copies of the items designated herein to the Clerk of the Court.

WHEREFORE, Appellee respectfully requests that the Clerk of the Court transmit the Record on Appeal to the Clerk of the United States District Court for the District of Delaware pursuant to Bankruptcy Rule 8007.

RLF1-3092661-2

## STATEMENT OF ADDITIONAL ISSUES ON APPEAL

1. Whether the appeal is actually moot and/or equitably moot as a result of the closing of the sale of the Debtors' assets to TRAC, following the denial of a motion for stay pending appeal by both the Bankruptcy Court and the District Court.

2. Whether issues 1-3 listed in Appellants' Statement of Issues are barred by the law of the case, having been determined, after an 8-day trial, in the Bankruptcy Court's Amended Finding of Fact and Conclusion of Law (D.I. 41 in Adversary Proceeding 06-50909) (the "Findings") and the Judgment thereon (D.I. 38 in Adversary Proceeding 06-50909) (the "Judgment").

3. Whether issues 1-3 listed in Appellants' Statement of Issues constitute an impermissible collateral attack on the Findings and the Judgment, which are the subject of a second appeal commenced by Appellees but which Judgment has not been stayed pending appeal.

4. Whether any of the issues listed by the Appellants in their statement of issues on appeal have any merit.

5. Whether the Bankruptcy Court's Sale Order was an abuse of discretion.

Dated: December 19, 2006
Wilmington, Delaware

_/s/ Russell C. Silberglied_
Mark D. Collins (No. 2981)
Russell C. Silberglied (No. 3462)
Paul N. Heath (No. 3704)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Telephone:    (302) 651-7700

Facsimile: (302) 651-7701

-and-

Gregory A. Bray
Fred Neufeld
Kenneth A. Ostrow
MILBANK, TWEED, HADLEY & McCLOY LLP
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017
Telephone: (213) 892-4000
Facsimile: (213) 629-5063

Attorneys for Tennenbaum Capital Partners, LLC, Special Value Opportunities Fund, L.P., Special Value Expansion Fund, L.P. and TR Acquisition Co., Inc.