IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM #**   4

IN RE: Radnor Holdings Corporation, et al

---

| | | |
|---|---|---|
| Official Committee of Unsecured Creditors of Radnor Holdings Corporation et al. | ) ) ) | |
| Appellant | ) ) | Civil Action No.   06-782 |
| v. | ) ) ) | |
| Tennenbaum Capital Partners LLC | ) ) | |
| Appellee | ) | Bankruptcy Case No. 06-10894 Bankruptcy Appeal No. 06-78 |

**NOTICE OF DOCKETING**

A Notice of Appeal of the following order of the Bankruptcy Court dated 11/21/06 was docketed in the District Court on 12/20/06:

> Order Approving Sale of Substantially all of Debtors' Assets Free and Clear of All Liens, Claims, Interests and Encumbrances; Approving Assumption and Assignment of Certain Contracts and Leases; and Granting Related Relief

In accordance with the Standing Order of the Court dated July 23, 2004, this case shall be referred to the Appellate Mediation Panel, and briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office.  Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

                            Peter T. Dalleo
                            Clerk of Court

Date:   December 21, 2006
To:     U.S. Bankruptcy Court
        Counsel