IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| RADNOR HOLDINGS | § | Case No. 06-10894-(PJW) |
| CORPORATION, *et al.*, | § | Jointly Administered |
| | § | |
| Debtors. | § | |
| | § | |
| THE OFFICIAL COMMITTEE OF | § | Civil Action No. 06-782 (***) |
| UNSECURED CREDITORS OF RADNOR | § | |
| HOLDINGS CORPORATION, *et al.*, | § | |
| | § | |
| Appellant, | § | |
| | § | |
| v. | § | |
| | § | |
| TENNENBAUM CAPITAL PARTNERS, LLC, | § | |
| | § | |
| Appellee. | § | |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE     §
                      § SS:
NEW CASTLE COUNTY     §

Elizabeth C. Thomas, being duly sworn according to law, deposes and says that she is employed by Greenberg Traurig, LLP, which is counsel for The Official Committee of Unsecured Creditors, for the above-captioned action, and that on the 11th day of January 2007, she caused copies of the *Motion to Expedite Appeal of Issues 4 Through 9 Relating to Compensation of Committee's Professional Advisors, and to Stay All Other Issues on Appeal Pending Resolution of the Expedited Appeal* [Docket No. 6] to be served upon the parties listed below in the manner indicated.

VIA HAND DELIVERY:

Gregg M. Galardi, Esq.
Mark L. Desgrosseilliers, Esq.
Sarah E. Pierce, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
Wilmington, DE 19801
(Counsel to Debtors)

William Harrington, Esq.
Office of the U.S. Trustee

VIA FIRST CLASS, U.S. MAIL:

Timothy R. Pohl, Esq.
Patrick J. Nash, Esq.
Rena M. Samole, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive
Chicago, IL 60606
(Counsel to Debtors)

Kenneth Ostrow, Esq.
Gregory A. Bray, Esq.

DEL-FS1\163364v01

844 King Street
Room 2207, Lockbox 35
Wilmington, DE 19801

Fred Neufeld, Esq.
Milbank, Tweed, Hadley & McCloy LLP
601 South Figueroa Street
30th Floor
Los Angeles, CA 90017-5735
(Counsel to Tennenbaum Capital Partners, LLC)

Mark D. Collins, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(Counsel to Tennenbaum Capital Partners, LLC)

Dated: January 12, 2007

Elizabeth C. Thomas

SWORN TO AND SUBSCRIBED before me, a Notary Public for the State and County aforesaid, on the day and year aforesaid.

Notary Public

[Notary Seal: PAULA SUROCK, MY COMMISSION EXPIRES MAY 18, 2009, NOTARY PUBLIC, STATE OF DELAWARE]

DEL-FS1\163364v01