**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, APPELLANT, v. RADNOR HOLDINGS CORPORATION, ET AL., APPELLEES. | Case No. 06-782 (___) |
| In re: RADNOR HOLDINGS CORPORATION, *et al.*, Debtors. | Chapter 11<br>Case No. 06-10894 (PJW)<br>Jointly Administered |

**AFFIDAVIT OF SERVICE**

I, Mark L. Desgrosseilliers, hereby certify that on the 12th day of February, 2007, I caused the **Debtors' Motion for Leave of Requirements of District Court Standing Order Dated July 23, 2004 Requiring Debtors' Mandatory Participation in Mediation Proceedings on Appeal (Docket No. 11)** to be served on the party listed

on Exhibit A, attached hereto, by Hand Delivery, unless otherwise indicted thereon.

Dated: Wilmington, Delaware
February 12, 2007

Gregg M. Galardi (I.D. No. 2991)
Mark L. Desgrosseilliers (I.D. No. 4083)
Matthew P. Ward (I.D. No. 4471)
Sarah E. Pierce (I.D. No. 4648)
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

and

Edward J. Meehan
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP
1440 New York Avenue
Washington, DC 20005-2111
(202) 371-7000

Counsel for the Appellees, Debtors
and Debtors-in-Possession

**EXHIBIT A**

Fred Rosner, Esq.
Duan Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801