IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> RADNOR HOLDINGS CORPORATION, *et al.*, <br><br> Debtors. <br><br>―――――――――――――――――― <br><br> THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF RADNOR HOLDINGS CORPORATION, *et al.*, <br><br> Appellant, <br><br> v. <br><br> TENNENBAUM CAPITAL PARTNERS, LLC, SPECIAL VALUE EXPANSION FUND LLC, SPECIAL VALUE OPPORTUNITIES LLC, TR ACQUISITION CO. INC. AND JOSE E. FELICIANO, <br><br> Appellees. | § Chapter 11 <br> § <br> § Case No. 06-10894-(PJW) <br> § Jointly Administered <br> § <br> § <br> § <br> § <br> § Civil Action No. 06-782 (***) <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § |

## APPELLANT'S MOTION FOR ENTRY OF AN AGREED ORDER VOLUNTARILY DISMISSING APPEAL

Appellant, the Official Committee of Unsecured Creditors of Radnor Holdings Corporation, *et al.* (the "Committee"), by and through its undersigned counsel, files this motion (the "Motion") pursuant to Rule 8001(c)(2) of the Federal Rules of Bankruptcy Procedure, for entry of the agreed order submitted with this Motion voluntarily dismissing the above-captioned appeal with each side to bear its own fees and costs.

1.  The Committee's appeal from the bankruptcy court's sale order is pending before this Court (the "Sale Order Appeal").

CHI56680183v2

2.      By this Motion, the Committee seeks to dismiss the Sale Order Appeal. Tennenbaum Capital Partners, LLC, the appellee, and Radnor Holdings Corporation and its affiliated debtors and debtors in possession have agreed to this Motion and the form of order submitted with the Motion to dismiss the Sale Order Appeal.

3.      Rule 8001(c)(2) of the Federal Rules of Bankruptcy Procedure authorizes the Court to dismiss an appeal from a bankruptcy court order upon motion of the appellant. Rule 8001(c)(2) is derived from Rule 42(b) of the Federal Rules of Appellate Procedure, under which an appellate court is empowered to dismiss an appeal on motion of the appellant. See, e.g., American Auto Mfrs. Ass'n v. Commissioners, Mass. Dep't of Envtl. Prot., 31 F.3d 18, 22 (1st Cir. 1996); HCA Health Servs. of Va. v. Metropolitan Life Ins. Co., 957 F.2d 120, 123 (4th Cir. 1992).

WHEREFORE, the Committee requests that the Court (i) enter the agreed order submitted with the Motion voluntarily dismissing the above-captioned appeal with each side to bear its own fees and costs; and (ii) grant such other relief that the Court deems proper.

Dated: Wilmington, Delaware
       April 13, 2007

                                        Respectfully submitted,

                                        GREENBERG TRAURIG, LLP

                                        _____
                                        Victoria Watson Counihan (No. 3488)
                                        Dennis A. Meloro (No. 4435)
                                        The Nemours Building
                                        1007 North Orange Street, Suite 1200
                                        Wilmington, DE 19801
                                        Telephone: (302) 661-7000

                                        And

Nancy A. Peterman
77 West Wacker Drive, Suite 2500
Chicago, IL 60601
Telephone: (312) 456-8400

Counsel to the Official Committee of Unsecured
Creditors of Radnor Holdings Corporation, *et al.*

Case 1:06-cv-00782-SLR    Document 15    Filed 04/13/2007    Page 3 of 5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| RADNOR HOLDINGS | § | Case No. 06-10894-(PJW) |
| CORPORATION, *et al.*, | § | Jointly Administered |
| | § | |
| Debtors. | § | |
| | § | |
| | § | |
| THE OFFICIAL COMMITTEE OF | § | Civil Action No. 06-782 (***) |
| UNSECURED CREDITORS OF RADNOR | § | |
| HOLDINGS CORPORATION, *et al.*, | § | |
| | § | |
| Appellant, | § | |
| | § | |
| v. | § | |
| | § | |
| TENNENBAUM CAPITAL PARTNERS, | § | |
| LLC, SPECIAL VALUE EXPANSION | § | |
| FUND LLC, SPECIAL VALUE | § | |
| OPPORTUNITIES LLC, TR ACQUISITION | § | |
| CO. INC. AND JOSE E. FELICIANO, | § | |
| | § | |
| Appellees. | § | |

## CERTIFICATE OF SERVICE

I, Dennis A. Meloro, being duly sworn according to law, deposes and says that he is employed by Greenberg Traurig, LLP, which is counsel for The Official Committee of Unsecured Creditors, for the above-captioned action, and that on the 13th day of April 2007, he caused copies of the *APPELLANT'S MOTION FOR ENTRY OF AN AGREED ORDER VOLUNTARILY DISMISSING APPEAL* to be served upon the parties listed below in the manner indicated.

DEL-FS1\163364v01

<u>VIA HAND DELIVERY:</u>

Gregg M. Galardi, Esq.
Mark L. Desgrosseilliers, Esq.
Sarah E. Pierce, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
Wilmington, DE 19801
(Counsel to Debtors)

William Harrington, Esq.
Office of the U.S. Trustee
844 King Street
Room 2207, Lockbox 35
Wilmington, DE 19801

Mark D. Collins, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(Counsel to Tennenbaum Capital Partners, LLC)

<u>VIA FIRST CLASS, U.S. MAIL:</u>

Timothy R. Pohl, Esq.
Patrick J. Nash, Esq.
Rena M. Samole, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive
Chicago, IL 60606
(Counsel to Debtors)

Kenneth Ostrow, Esq.
Gregory A. Bray, Esq.
Fred Neufeld, Esq.
Milbank, Tweed, Hadley & McCloy LLP
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017-5735
(Counsel to Tennenbaum Capital Partners, LLC)

Dated: April 13, 2007

_____
Dennis A. Meloro (No. 4435)
Greenberg Traurig, LLP
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
(302) 661-7000

DEL-FS1\163364v01

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| RADNOR HOLDINGS | § | Case No. 06-10894-(PJW) |
| CORPORATION, *et al.*, | § | Jointly Administered |
| | § | |
| Debtors. | § | |
| | § | |
| THE OFFICIAL COMMITTEE OF | § | Civil Action No. 06-782 (***) |
| UNSECURED CREDITORS OF RADNOR | § | |
| HOLDINGS CORPORATION, *et al.*, | § | |
| | § | |
| Appellant, | § | |
| | § | |
| v. | § | |
| | § | |
| TENNENBAUM CAPITAL PARTNERS, | § | |
| LLC, SPECIAL VALUE EXPANSION | § | |
| FUND LLC, SPECIAL VALUE | § | |
| OPPORTUNITIES LLC, TR ACQUISITION | § | |
| CO. INC. AND JOSE E. FELICIANO, | § | |
| | § | |
| Appellees. | § | |

**AGREED ORDER DISMISSING APPELLANT'S APPEAL**

This matter having come before the Court on the motion of the Official Committee of Unsecured Creditors of Radnor Holdings Corporation, *et al.*, appellant (the "Committee"), for entry of this agreed order dismissing the above-captioned appeal (the "Motion"), after due deliberation and for good cause shown, it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1. The Committee's Motion is GRANTED and the above-captioned appeal is hereby dismissed.

2. Each party will bear its own fees and costs on appeal.

Dated: April ___, 2007

_____
United States District Court Judge

The following parties hereby agree to the entry of this order on this 13th day of April, 2007:

                THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF RADNOR HOLDINGS CORPORATION, *ET AL.*

By: _____
Victoria Watson Counihan (No. 3488)
Dennis A. Meloro (No. 4435)
Greenberg Traurig, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 661-7000

Nancy A. Peterman
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 2500
Chicago, IL 60601
Telephone: (312) 456-8400


TENNENBAUM CAPITAL PARTNERS, LLC, SPECIAL VALUE EXPANSION FUND LLC, SPECIAL VALUE OPPORTUNITIES LLC, TR ACQUISITION CO. INC. AND JOSE E. FELICIANO

By: _____
One of Their Attorneys

Gregory A. Bray, Esquire
Fred Neufeld, Esquire
Milbank, Tweed, Hadley & McCloy LLP
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017
Telephone: (213) 892-4000

Russell C. Silberglied, Esquire
Christopher M. Samis, Esquire
Richards Layton & Finger, P.A.
One Rodney Square

920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700


RADNOR HOLDINGS
CORPORATION, *ET AL.*

By: /s/ MLD
One of Their Attorneys

Gregg M. Galardi, Esquire
Mark L. Desgrosseilliers, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899
Telephone: (302) 651-3000