## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **RADNOR HOLDINGS** | § | **Case No. 06-10894-(PJW)** |
| **CORPORATION, et al.,** | § | **Jointly Administered** |
| | § | |
| **Debtors.** | § | |
| | § | |
| | § | |
| **THE OFFICIAL COMMITTEE OF** | § | **Civil Action No. 06-782 (***)** |
| **UNSECURED CREDITORS OF RADNOR** | § | |
| **HOLDINGS CORPORATION, et al.,** | § | |
| | § | |
| **Appellant,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **TENNENBAUM CAPITAL PARTNERS,** | § | |
| **LLC, SPECIAL VALUE EXPANSION** | § | |
| **FUND LLC, SPECIAL VALUE** | § | |
| **OPPORTUNITIES LLC, TR ACQUISITION** | § | |
| **CO. INC. AND JOSE E. FELICIANO,** | § | |
| | § | |
| **Appellees.** | § | |

### AGREED ORDER DISMISSING APPELLANT'S APPEAL

This matter having come before the Court on the motion of the Official Committee of

Unsecured Creditors of Radnor Holdings Corporation, *et al.*, appellant (the "Committee"), for

entry of this agreed order dismissing the above-captioned appeal (the "Motion"), after due

deliberation and for good cause shown, it is hereby

### ORDERED, ADJUDGED AND DECREED THAT:

1.    The Committee's Motion is GRANTED and the above-captioned appeal is hereby

dismissed.

2.    Each party will bear its own fees and costs on appeal.

Dated: April 19, 2007

United States District Court Judge

The following parties hereby agree to the entry of this order on this 13th day of

April, 2007:

THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF RADNOR
HOLDINGS CORPORATION, *ET AL.*

By: _____

Victoria Watson Counihan (No. 3488)
Dennis A. Meloro (No. 4435)
Greenberg Traurig, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 661-7000

Nancy A. Peterman
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 2500
Chicago, IL 60601
Telephone: (312) 456-8400


TENNENBAUM CAPITAL PARTNERS,
LLC, SPECIAL VALUE EXPANSION
FUND LLC, SPECIAL VALUE
OPPORTUNITIES LLC, TR
ACQUISITION CO. INC. AND JOSE E.
FELICIANO

By: _____
One of Their Attorneys

Gregory A. Bray, Esquire
Fred Neufeld, Esquire
Milbank, Tweed, Hadley & McCloy LLP
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017
Telephone: (213) 892-4000

Russell C. Silberglied, Esquire
Christopher M. Samis, Esquire
Richards Layton & Finger, P.A.
One Rodney Square

920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700

RADNOR HOLDINGS
CORPORATION, *ET AL.*

By: _____
One of Their Attorneys

Gregg M. Galardi, Esquire
Mark L. Desgrosseilliers, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899
Telephone: (302) 651-3000